IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SCOTTY MCCLINA** **PLAINTIFF**
**#84987**

V.                      NO. 4:22-cv-01159-JM

**HIGGINS**, *et al*.                      **DEFENDANTS**

**ORDER**

The Court has received a Recommendation for dismissal filed by Magistrate Judge Edie R. Ervin. The parties have not filed objections, and the time to do so has expired. After careful review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. McClina's claims are DISMISSED, without prejudice, based on his failure to state a plausible constitutional claim for relief. Judgment shall be entered accordingly, and this case will be CLOSED.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that, in the future, this dismissal will constitute a "strike" for purposes of 28 U.S.C. § 1915(g) and an *in forma pauperis* appeal of this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED, this 14th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE