# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**SCOTTY MCCLINA**                                                                                **PLAINTIFF**
**#84987**

**V.**                              **NO. 4:22-cv-01159-JM**

**HIGGINS,** *et al.*                                                             **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 14th day of March, 2023.

                                                                                 _____
                                                                                 UNITED STATES DISTRICT JUDGE